IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BALEIGH HIGHTOWER,

    Plaintiff,

v.                                                    CASE NO. 4:14cv109-RH/CAS

BOARD OF TRUSTEES OF
FLORIDA STATE UNIVERSITY, etc.,
et al.,

    Defendants.

_____/

### ORDER EXTENDING THE DEADLINE TO RESPOND TO THE COMPLAINT

    The defendants' unopposed motions, ECF Nos. 4 and 5, to extend the deadline to respond to the complaint are GRANTED. The deadline is extended to March 31, 2014.

    SO ORDERED on March 5, 2014.

                                    s/Robert L. Hinkle
                                    United States District Judge