# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BALEIGH HIGHTOWER,

    Plaintiff,

v.                              CASE NO. 4:14cv109-RH/CAS

BOARD OF TRUSTEES OF
FLORIDA STATE UNIVERSITY, etc.,
et al.,

    Defendants.

_____/

## ORDER DENYING AS MOOT THE MOTION TO DISMISS THE ORIGINAL COMPLAINT

The plaintiff having filed as of right a first amended complaint, ECF No. 11, the motion, ECF No. 9, to dismiss specific counts of the original complaint, and for a more definite statement on other counts, is DENIED AS MOOT.

SO ORDERED on April 22, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge