# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BALEIGH HIGHTOWER,

    Plaintiff,

v.                                    CASE NO. 4:14cv109-RH/CAS

BOARD OF TRUSTEES OF
FLORIDA STATE UNIVERSITY, etc.,
et al.,

    Defendants.

_____/

## ORDER ON NOTICE OF CONFLICT

The defendant Board of Trustees of Florida State University has given notice that its attorney has a trial in another case that may conflict with the trial in this case. ECF No. 18. The trial in this case will be stacked within the trial period to avoid any conflict in preparation for or trial of the two cases, or other steps will be taken as necessary. The other trial will have priority over this one. The issue will be addressed at the pretrial conference.

SO ORDERED on May 5, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge